1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Madar Law Corporation**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
14410 Via Venezia #1404
San Diego, CA 92129
Telephone:  858-299-5879
Fax:  619-354-7281

Attorneys for Jay Candelario

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jay Candelario,<br>Individually and on Behalf<br>Of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>        vs.<br><br>Brokers Edge Annuity & Life<br>Marketing, Inc., DOES 1-10,<br>ABC CORPORATIONS 1-10,<br>ZYZ, LLC's 1-10<br><br>              Defendants | Civil Case No. 3:19-cv-01458-L-JLB<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Jay Candelario, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to Jay Candelario, and is voluntarily dismissed without prejudice as to the putative class.

Dated this 3rd day of September, 2019

**MADAR LAW CORPORATION**

/S/ *Alex S. Madar*
Alex S. Madar, Esq.
Attorney for Plaintiff
JAY CANDELARIO

NOTICE OF VOLUNTARY DISMISSAL - 1